# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antonio Patino Guzman
                        Plaintiff,

v.                                                      Case No.: 1:25−cv−13625
                                                      Honorable Elaine E. Bucklo

Samuel Olson, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Petitioner's petition for writ of habeas corpus is granted. Respondents are ordered to provide petitioner with a bond hearing within 5 days, at which Respondents will have the burden to show by clear and convincing evidence that he poses a danger to the community or a risk of flight such that detention is necessary. By 11/26/25, the parties shall file a joint status report indicating: (1) the result of the bond hearing, and (2) whether this case is complete, and if not, proposed next steps. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.